UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on November 6, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

DAVID A. SEMANCHIK, ESQ.
Attorney ID #033561990
1130 Hooper Avenue
Toms River, NJ  08753
Phone No.: (732) 240-4055
Fax No.: (732) 240-3011

| | | |
|---|---|---|
| In Re: | : | Case No.: 11-22627 CMG |
| Jeffrey T. Cirz | : | Chapter : 13 |
| , | : | Hearing Date: |
| 111 Rivercrest Dr. | | |
| Toms River, NJ 08753 | : | Judge: Christine M. Gravelle |
| SSN:  xxx-xx-9520 | : | |

**ORDER TO CANCEL AND DISCHARGE TD BANK MORTGAGE**

The relief set forth on the following page, numbered two (2) is hereby

**ORDERED.**

**DATED: November 6, 2016**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

Debtors:     Jeffrey T. Cirz

Case No.:    11-22627 CMG

**THIS MATTER** having come before the Court by way of a Motion to Cancel and Discharge of Debtors' Mortgage , having been filed by Jeffrey T. Cirz, by and through their attorney, David A. Semanchik, Esq., appearing, and on notice to Albert Russo, Standing Chapter 13 Trustee by regular mail and Onewest Bank, FSB As Servicer for Deutsche Bank National Trust Company AS Indenture Trustee of the Indymac Home Equi,, Attn: Onewest Bank, FSB, Servicing Agent, at 2900 Esperanza Crossing, Austin, TX, 78758 by C.M.R.R.R., and the Court having considered all pleadings filed in support of the within application and in opposition thereto, and the Court having considered all pleadings filed in support of the within application and in opposition thereto, and the Court having considered argument of counsel on the return date hereof, and for good cause shown.

1.    **ORDERED** that Debtors are permitted to cancel and discharge the mortgage with Onewest Bank, FSB As Servicer for Deutsche Bank National Trust Company AS Indenture Trustee of the Indymac Home Equi,,TD Bank, (original creditor being Home Loan Center,Inc.), as recorded in the Ocean County Clerk's Office, on December 20, 2006, in Book 13458 of Mortgages at Page 0925.