UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Order Filed on November 6, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

DAVID A. SEMANCHIK, ESQ.
Attorney ID #033561990
1130 Hooper Avenue
Toms River, NJ  08753
Phone No.: (732) 240-4055
Fax No.: (732) 240-3011

| | | |
|---|---|---|
| In Re: | : | Case No.: <u>11-22627 CMG</u> |
| Jeffrey T. Cirz | : | Chapter : <u>13</u> |
| , | : | Hearing Date: |
| 111 Rivercrest Dr. | | |
| Toms River, NJ 08753 | : | Judge: Christine M. Gravelle |
| SSN: xxx-xx-9520 | : | |

**ORDER TO CANCEL AND DISCHARGE TD BANK MORTGAGE**

The relief set forth on the following page, numbered two (2) is hereby

**ORDERED.**

**DATED: November 6, 2016**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)

Debtors:    Jeffrey T. Cirz

Case No.:    11-22627 CMG

**THIS MATTER** having come before the Court by way of a Motion to Cancel and Discharge of Debtors' Mortgage , having been filed by Jeffrey T. Cirz, by and through their attorney, David A. Semanchik, Esq., appearing, and on notice to Albert Russo, Standing Chapter 13 Trustee by regular mail and Onewest Bank, FSB As Servicer for Deutsche Bank National Trust Company AS Indenture Trustee of the Indymac Home Equi,, Attn: Onewest Bank, FSB, Servicing Agent, at 2900 Esperanza Crossing, Austin, TX, 78758 by C.M.R.R.R., and the Court having considered all pleadings filed in support of the within application and in opposition thereto, and the Court having considered all pleadings filed in support of the within application and in opposition thereto, and the Court having considered argument of counsel on the return date hereof, and for good cause shown.

1.    **ORDERED** that Debtors are permitted to cancel and discharge the mortgage with Onewest Bank, FSB As Servicer for Deutsche Bank National Trust Company AS Indenture Trustee of the Indymac Home Equi,,TD Bank, (original creditor being Home Loan Center,Inc.), as recorded in the Ocean County Clerk's Office, on December 20, 2006, in Book 13458 of Mortgages at Page 0925.

United States Bankruptcy Court
District of New Jersey

In re:  
Jeffrey T Cirz  
      Debtor

Case No. 11-22627-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Nov 07, 2016  
                        Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2016.  
db        +Jeffrey T Cirz,   111 Rivercrest Dr,   Toms River, NJ 08753-4237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2016                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2016 at the address(es) listed below:

      Albert   Russo   on behalf of Trustee Albert   Russo docs@russotrustee.com  
      Albert   Russo   docs@russotrustee.com  
      Brian C. Nicholas   on behalf of Creditor   NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
      David A. Semanchik   on behalf of Debtor Jeffrey T Cirz info@semanchiklaw.com  
      Denise E. Carlon   on behalf of Creditor   Nationstar Mortgage LLC bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
      John R. Morton, Jr.   on behalf of Creditor   Nissan Motor Acceptance Corporation, Servicer for Nissan-Infiniti LT mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com  
      Joshua I. Goldman   on behalf of Creditor   BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Melissa N. Licker   on behalf of Creditor   NATIONSTAR MORTGAGE LLC NJ_ECF_Notices@buckleymadole.com  
      R. A. Lebron   on behalf of Creditor   ONEWEST BANK, FSB., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY AS INDENTURE TRUSTEE OF THE INDYMAC HOME EQUITY MORTGAGE LOAN ASSET-BACKED TRUST, SERIES 2006-H4 bankruptcy@feinsuch.com  
      Steven K. Eisenberg   on behalf of Creditor   Ocwen Loan Servicing, LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com  
                                                                                                  TOTAL: 10